UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANYEILL Y. DONAHUE-JILES                                    PLAINTIFF
on behalf of
DANIEL L. DONAHUE

V.                          NO. 4:16CV00865-BSM-JTR

NANCY A. BERRYHILL,                                          DEFENDANT
Acting Commissioner,
Social Security Administration

# RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## I. Background

Danyeill Y. Donahue-Jiles ("Donahue-Jiles"), proceeding *pro se* and *in forma pauperis*, filed a Complaint seeking judicial review of the Commissioner's denial of

her application for social security disability benefits on behalf of her child. *Doc. 2*.

On November 29, 2016, the Court notified Donahue-Jiles of her responsibility, as a *pro se* plaintiff, to comply with Local Rule 5.5(c)(2). *Doc. 3*. Specifically, Donahue-Jiles was notified that: (1) she has the duty to monitor the progress of her case and to prosecute this action diligently; and (2) her failure to respond to any communication from the Court within thirty (30) days could result in dismissal of her case.

On February 6, 2017, the Commissioner filed an Answer to Donahue-Jiles's Complaint. *Doc. 9.*

On February 8, 2017, the Court entered a Scheduling Order directing Donahue-Jiles to file a Brief on or before March 24, 2017.[1] *Doc. 12*. The Scheduling Order advised Donahue-Jiles that her failure to file a timely Brief could result in dismissal of her case for failure to prosecute. Donahue-Jiles did *no*t file her Brief as ordered by the Court.

On April 20, 2017, the Court provided Donahue-Jiles a second opportunity to

---

[1]The Order specifically advised Donahue-Jiles that her Brief should: (1) provide a history of the administrative proceedings; (2) provide a statement of the facts; (3) identify specific points for appeal together with relevant law and argument; (4) include citations of legal authority in support of her arguments; (5) include specific page references within the cited cases where the legal point is discussed; and (6) include citations to referenced portions of the administrative transcript supporting her arguments.

comply with the Court's Scheduling Order. *Doc. 13*. The Court referred Donahue-Jiles to the Scheduling Order's instructions regarding what she needed to include in her Brief, and reminded her of her duty under Local Rule 5.5(c)(2) to prosecute her case diligently. The Court advised Donahue-Jiles that, if she failed to file her Brief by May 22, 2017, her case could be dismissed for failure to prosecute. Donahue-Jiles has *not* filed a Brief and has not responded to the Court in any manner.

Accordingly, this case should be dismissed for failure to comply with the Court's Orders and failure to prosecute.

## II. Conclusion

IT IS THEREFORE RECOMMENDED that Donahue-Jiles's Complaint be DISMISSED, without prejudice, for failure to comply with the Court's Orders and failure to prosecute her case.

DATED 28th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE