IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANYEILL Y. DONAHUE-JILES                                      PLAINTIFF
on behalf of
DANIEL L. DONAHUE

v.                          CASE NO. 4:16-CV-00865 BSM

NANCY A. BERRYHILL,                                            DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 14] has been reviewed. No objections have been filed. After a careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, Plaintiff Donahue-Jiles's complaint is dismissed without prejudice for a failure to comply with scheduling orders and a failure to prosecute.

IT IS SO ORDERED this 3rd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE