IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANYEILL Y. DONAHUE-JILES**  **PLAINTIFF**
**on behalf of**
**DANIEL L. DONAHUE**

v.  CASE NO. 4:16-CV-00865 BSM

**NANCY A. BERRYHILL,**  **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE